UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NICK OJEDA,

Plaintiff,

v. No. 5:25-cv-5073-TLB

SBW CAPITAL PARTNERS, LLC

Defendant.

NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiff, NICK OJEDA, by and through undersigned counsel, submits this voluntary dismissal of the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 10th day of JULY, 2025.

By: *s/ Rebecca Hutto*
Rebecca Hutto
Tennessee State Bar No.: 039252
Wampler, Carroll, Wilson, and
Sanderson, PLLC
208 Adams Avenue
Memphis, TN 38103
Telephone: (901)-523-1844
Email: rebecca@wcwslaw.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of JULY, 2025, a true and exact copy of the foregoing has been served on the Defendant via the Court's CM/ECF System.

*s/ Rebecca Hutto*